UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael Trupei, )
R12743-004 )
FCC-Coleman Medium Security Prisons )
P.O. Box 1032 )
Coleman, Florida 33521-1032, )
    Plaintiff, )   Civil Action No.: **06 0978**
)
vs. )
)
UNITED STATES DEPARTMENT of the NAVY, )
et al., )
    Defendants. )

## MOTION TO PROCEED IN FORMA PAUPERIS
## UNDER 28 U.S.C § 1915(a)

COMES NOW the Plaintiff Michael Trupei ("Plaintiff"), appearing pro se, and hereby respectfully moves this Honorable Court for an Order, permitting him to proceed in forma pauperis status under Title 28 U.S.C. § 1915(a).

Plaintiff is incarcerated and does nothave the means to pay the required filing fees. The issue(s), however, set forth in Plaintiff's attached FOIA Complaint is/are substantial and in public interest. For the foregoing reasons, this motion is appropriate and not frivolous, and the Plaintiff is entitled to redress.

WHEREFORE, Plaintiff prays that this Court grants him to proceed in forma pauperis status on the basis as set forth hereinabove, and for such other and further relief as this Honorable Court deem just, equitable, and proper.

Respectfully submitted,

Sworn to and subscribed
before me on this 3, day of
May, 200 6

/s/ Jarvis C. Lovett
NOTARY PUBLIC

Michael Trupei pro se
R12743-004
FCC-Coleman Medium Security Prisons
P.O. Box 1032
Coleman, Florida 33521-1032

My Commission Expires: RECEIVED

NOTARY PUBLIC-STATE OF FLORIDA
Jarvis C. Lovett
Commission #DD395091
Expires: FEB. 09, 2009
Bonded Thru Atlantic Bonding Co., Inc.

MAY 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Trupei,
R12743-004
FCC-Coleman Medium Security Prisons
P.O. Box 1032
Coleman, Florida 33521-1032

    Plaintiff,

vs.

UNITED STATES DEPARTMENT of the NAVY,
et al.,

    Defendants.

Civil Action No.: _____

### APPLICATION TO PROCEED IN **FORMA PAUPERIS** WITH SUPPORTING INFORMATION AND ORDER

I, Michael Trupei (Plaintiff) appearing specially and not generally and hereby declare that I am Plaintiff in the above captioned cause as follows: that in support of my motion to proceed without being required to prepay, fees, costs, or give security therefor; I stated that because of my powerty, I am unable to pay the costs of filing fees or give security therefor; that I believe I am entitled to relief, as the nature of my action is (FOIA/PA) complaint against the above Defendants at the Government's expense.

In further support of this application, I answer the following:

**Facts:**

    1) I am incarcerated at the Federal Correctional Complex in Coleman, Florida;

    2) My last day of employment was June 7th, 1989 and my income per month was $ 2500.00;

    3) I haven't received any monies within the past six months from any business, profession or other form of self employment;

    4) I haven't received within the past six months any rent payment, interests or dividends;

    5) I haven't received within the past six months any pension, annuities or life insurance payments;

    6) I havent't received within the past six months any inheritance

06 0978

FILED
MAY 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7) I received within the past six months $ 66.52;

8) I do not own any cash, or have money in checking or saving account;

9) I do not own real estate, stocks, bonds, notes, automobile or other valuable property;

10) I have no person who are dependent upon my support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _May 3rd_, 200 _6_    _Michael Trupei_
Michael Trupei pro'se
R12743-004
FCC-Coleman Medium Security
P.O. Box 1032
Coleman, Florida 33521-1032

---

## CERTIFICATE
(Prisoner's Account Only)

I certify that the applicant herein has the sum of $ __66.52__ _____ on account to his credit at the _Federal Correctional Complex (Medium)_ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _Federal Correctional Complex (Medium)_

_James C. Lovett_
Authorized Officer of Institution

### ORDER of COURT

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

_____   _____    _____   _____
United States Magistrate    Date    United States Magistrate    Date