UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI,<br>R12743-004<br>FCC-Coleman Medium Security<br>P.O. Box 1032<br>Coleman, Florida 33521-1032<br><br>     Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF THE NAVY,<br>1000 Navy Pentagon<br>Washington, D.C. 20350-1000<br><br>     Defendant. | Civil Action No. 06-0978 (PLF) |

PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4220
Washington, D.C. 20530
(202) 514-7220

Dated: July 10, 2006

<u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing Praecipe was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> MICHAEL TRUPEI
> R12743-004
> FCC-Coleman Medium Security
> P.O. Box 1032
> Coleman, FL 33521-1032

on this _____ day of _____, _____.

> _____
> MEGAN L. ROSE
> Assistant United States Attorney
> Judiciary Center Building - Civil Division
> 555 4th Street, NW
> Washington, D.C. 20530