# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAEL TRUPEI,** *pro se* | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  06-0978 (PLF)** |
| | ) | |
| **U.S. DEPARTMENT OF THE NAVY**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant United States Department of the Navy, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  Defendant requests that the deadline for responding be extended approximately thirty days, specifically until September 7, 2006.  This is Defendant's first request for an enlargement of time in this case, and no scheduling order has been entered.  The grounds for this motion are set forth below.

The additional time requested is needed to obtain critical information about the circumstances of this case.  Plaintiff, a federal inmate proceeding *pro se*, brought the instant action seeking records pursuant to the FOIA.  See Compl.  Counsel for Defendant has reviewed the case and is currently attempting to determine what actions have been taken with respect to Plaintiff's requests.  Once Defendant obtains the necessary information, counsel for Defendant can then consult with agency counsel and better address the relevant issues.  Defendant anticipates being able to file a dispositive motion in this case.  Additional time will allow for the

coordination between counsel for Defendant and agency counsel and allow for the preparation of

Defendant's response to the Complaint.  Furthermore, counsel for Defendant will be out of the

office from August 16 until August 28, 2006.

This extension is sought in good faith and will not unfairly prejudice any party.  Allowing

Defendant some additional time to formulate their response will aid both the parties and the

Court in the development and resolution of this case.

Because plaintiff, *pro se*, Michael Trupei, is a federal prisoner, counsel for Defendant did

not attempt to contact him concerning his position on this motion.[1]

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for

answering or otherwise responding to Plaintiff's Complaint be extended to September 7, 2006.


Respectfully submitted,


KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220

---

[1]  Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with
"opposing *counsel*." It does not require counsel to discuss those motions with pro se parties.
Nonetheless, it has been the general practice of this office to attempt to discuss such motions
with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil
Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-
and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any
*nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a)
(emphasis added).

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing **Praecipe** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> **MICHAEL TRUPEI**
> **R12743-004**
> **FCC-Coleman Medium Security**
> **P.O. Box 1032**
> **Coleman, FL 33521-1032**

on this 2nd  day of August, 2006.


_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530