UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL TRUPEI,** *pro se* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0978 (PLF) |
| | ) |
| **U.S. DEPARTMENT OF THE NAVY**, | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of the defendant's protective motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that the defendant's motion is hereby GRANTED, and that defendant shall have through and including September 7, 2006 to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE