UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL TRUPEI,** *pro se*<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF THE NAVY,**<br><br>Defendant. | Civil Action No.  06-0978 (PLF) |

## ORDER

UPON CONSIDERATION of the defendant's motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of

_____, 2006,

ORDERED that the defendant's motion is hereby GRANTED, and that defendant shall have through and including October 5, 2006 to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE