**RESPONDENT:**

To: Human Resources Service Center (HRSC)
3230 Randall Way, N.W.,
Silverdale, WA 98383

Re: Freedom of Information (FOIA) Request
for the "Oath of Office" under 5 U.S.C.
§ 3331, and "Officer's Affidavit" under
§ 3332 subject to **KEVIN M. ASHCROFT**

**APPELLANT:**

From: Michael Trupei pro se
R12743-004
Federal Correctional Complex
Low Security, C-3-Unit
P.O. Box 1031
Coleman, Florida 33521-1031

March 2nd, 2004

"FOIA" REQUEST
VERIFIED

This is a third request to different entities for records/documents as sought hereinabove under FOIA, 5 U.S.C. § 552, as amended, and Privacy Act (PA) of 1974, 5 U.S.C. § 552a, as amended, or alternatively Department of Justice Regulations as noted in 28 CFR part 16.

This agency is required by law under 5 U.S.C. § 2906 to maintain the above records on file. I hereby request that the above or otherwise the following records be provided to me, and please to so forthwith.

Records Requested:

(1) **Oath of Office** as required under 5 U.S.C. § 3331; and

(2) **Officer Affidavit** as required by 5 U.S.C. § 3332 for the

**KEVIN M. ASHCROFT**, Special Agent NCIS, Mayport, Florida.

The Department of the Navy, Ms. Linda M. Riddle directed me to this office as the most logical place to have said documents. She also provided and/or assigned a number, i.e., 5720 F03-0978 SER00JT, 3U1297 pertaining to my request of September 12th, 2003. You may find the foregoing number helpful to this request.

Should you fail to respond to this third and last request within the statutory time limit of twenty (20) working days from this date, or otherwise under 5 U.S.C. § 552(a)(6)(A)(i), as amended, I will deem this request denied and will proceed under 5 U.S.C. § 552(a)(6)(C) in a federal judicial district of competent jurisdiction for failure to follow procedure.

Inasmuch as the request for records/documents are in the "public interest" and I have declared myself to be indigent, I hereby request to waive all fees, costs, and or charges.

I hope this suffices my appeal, and I am looking forward to your production and/or disclosure of the records/documents consistent as requested herein.

NOTICE TO THE AGENT IS THE NOTICE TO THE
PRINCIPAL, NOTICE TO THE PRINCIPAL IS THE
NOTICE TO THE AGENT!

Sincerely,

*(signature)*
Michael Trupei pro se

DECLARATION

Pursuant to 28 U.S.C. § 1746 I, Michael Trupei do hereby declare, or verify under penalty of perjury that the above "Request" is to the best of my knowledge and belief, true and correct.

Done on: March 4th, 2004  Signed: *(signature)*
Michael Trupei pro se