| | |
|---|---|
| RESPONDENT:<br>Department of the Navy<br>Human Resource Service Center, Northwest Region<br>3230 N.W. Randall Way<br>Silverdale, WA 98383-7952 | REQUESTER:<br>Michael Trupei <u>pro se</u><br>R12743-004<br>Federal Correctional Complex<br>P.O. Box 1031<br>Coleman, Florida 33521-1031 |
| Re: Request for a <u>judicially certified</u><br>or <u>notarized</u> copy of the **"Letter of<br>Appointment"** pursuant to S/A NCIS<br>**Kevin M. Ashcroft** | June 10, 2005 |

## "FOIA" REQUEST
## VERIFIED

Under the provision of Freedom of Information Act (FOIA), Title 2 U.S.C. § 552, as amended, and Privacy Act of 1974 (PA), Title 5 U.S.C. § 552a, as amended, the Requester hereby requests for a judicially certified or at least notarized copy of the following record/document be provided to him:

**(1)** The **"Letter of Appointment"** as required under the appointment clause of the Federal Constitution (Art II, § 2, cl 2) or otherwise under statutory provisions of Title 5 U.S.C. §§ 2104, 2105 or alternatively under Title 1 U.S.C. § 1, pertaining to S/A NCIS, **Kevin M. Ashcroft** which is so required and which confirms that <u>Kevin M. Ashcroft</u> met the standards of the constitutional appointment thereto.

This agency is required by law under 5 U.S.C. § 2906 to maintain this particular document on file.

The Requester expects that the Respondent answers this/his request within the statutory response provision of twenty (20) working days from the date of the receipt of this request or alternatively under 5 U.S.C. § 552(a)(6)(A)(i), as amended.

Should the Respondent fail to honor the Congressional response provison, the Requester will deem this/his Request denied and will proceed under 5 U.S.C. § 552(a)(6)(C), even though the Requester has not filed his administrative appeal, in a court of competent jurisdiction. See generally <u>Pollack v. Department of Justice</u>, 49 F.3d 115, 118-19 (4th Cir.1995)("[A] requester <u>who has not received a timely notice of the agency's decision, as required by 5 U.S.C. § 552(a)(6)(A)(i), may proceed immediately in court to enforce a FOIA request without exhausting any administrative remedies.</u>") <u>Pollack</u> at 119.

Inasmuch as this request for the "Letter of Appointment" is in the "<u>public interest</u>" in that, the public is entitled to know the functioning of its Government on a day-in-day-out basis. Therefore, the Requester requests that Respondent waives all fees, costs, and/or charges.

The Requester trusts that this suffices to his request!

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL,  
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT!

Sincerely,

*/s/ Michael Trupei*  
Michael Trupei <u>pro se</u>

## DECLARATION

Pursuant to 28 U.S.C. § 1746 of the United States Code I, Michael Trupei do hereby declare under penalty of perjury that the above request is to the best of my knowledge, true and correct.

Done on: June 10th, 2005

Signed: */s/ Michael Trupei*  
Michael Trupei <u>pro se</u>