

# DEPARTMENT OF THE NAVY

HUMAN RESOURCES SERVICE CENTER, NORTHWEST REGION
3230 N.W. RANDALL WAY
SILVERDALE, WA 98383-7952

11 Mar 2004

Michael Trupei
R12743-004
Federal Correctional Complex
Low Security, C-3-Unit
P.O. Box 1031
Coleman, FL 33521-1031

Subj: Freedom of Information Request

Dear Mr. Trupei:

Our office is in receipt of your March 2, 2004 letter requesting documents under the Freedom of Information Act, 5 U.S.C. § 552. In your letter you requested copies of the oath of office under 5 U.S.C. § 3331 and the officer affidavit under 5 U.S.C. § 3332 for Special Agent Kevin M. Ashcroft. A search of our files has produced no documents responsive to your request.

### Appeal Rights

If you believe an adequate search was not conducted, you may consider this an adverse determination of your request that may be appealed, in writing, to the General Counsel of the Navy at:

General Counsel of the Navy
720 Kennon Street SE, Room 214
Washington Navy Yard, DC 20374-5012

The appeal must be received in that office within 60 calendar days from the date of this letter to be considered, and a copy of this letter should be attached along with a statement as to why your appeal should be granted. It is recommended that the letter of appeal and the envelope both bear the notation "Freedom of Information Act Appeal."

Sincerely,

*Steve Armstrong*

STEPHEN T. ARMSTRONG