**EXHIBIT-F**



# DEPARTMENT OF THE NAVY

HUMAN RESOURCES SERVICE CENTER, NORTHWEST REGION
3230 N.W. RANDALL WAY
SILVERDALE, WA 98383-7952

12711
Ser40/05-01
5 July 2005

Michael Trupei
R12743-004
Federal Correctional Complex
Low Security, C-3-Unit
P.O. Box 1031
Coleman, FL 33521-1031

Subject: Freedom of Information Request

Dear Mr. Trupei:

Our office is in receipt of your 10 June 2005 letter requesting a document under the
Freedom of Information Act, 5 U.S.C. § 552. In your letter you requested a copy of the
Letter of Appointment for Special Agent Kevin M. Ashcroft. A search of our files has
produced no documents responsive to your request.

I am forwarding your request to the Office of Civilian Human Resources, Office of
Counsel, 614 Sicard Street SE, Suite 100, Washington Navy Yard DC, 20374-5072, for
further consideration.

Sincerely,

Stephen T. Armstrong
Labor Relations Specialist
HRSCNW CODE 40
3230 Randall Way NW
Silverdale WA 98383