

**DEPARTMENT OF THE NAVY**
HUMAN RESOURCES SERVICE CENTER, NORTHWEST REGION
3230 N.W. RANDALL WAY
SILVERDALE, WA 98383-7952

12711
Ser40/05-02
5 July 2005

Office of Civilian Human Resources
Office of Counsel
Attn: Anthony Verducci
614 Sicard Street SE, Suite 100
Washington Navy Yard DC 20374-5072

Subject: FOIA Request, Michael Trupei, Dated June 10, 2005

Dear Mr. Verducci:

Per our telephone conversation earlier today:

1. I have attached a FOIA request from Michael Trupei, my response to Mr. Trupei, and a copy of the Deputy General Counsel's response to Mr. Trupei's 2004 FOIA request for similar, but not identical, information.

2. On 30 June 2005, I searched Mr. Ashcroft's Official Personnel File several times without finding the document Mr. Trupei is requesting.

3. Please advise me of any further action you recommend on this matter for HRSCNW Code 40. Thank you and those in your office for the continuing support and advice on these matters.

Sincerely,

Stephen T. Armstrong
HRSCNW Code 40
DSN 322-8021

Stephen.t.Armstrong@navy.mil



**DEPARTMENT OF THE NAVY**
HUMAN RESOURCES SERVICE CENTER, NORTHWEST REGION
3230 N.W. RANDALL WAY
SILVERDALE, WA 98383-7952

```
                                              12711
                                              Ser40/05-01
                                              5 July 2005
```

Michael Trupei
R12743-004
Federal Correctional Complex
Low Security, C-3-Unit
P.O. Box 1031
Coleman, FL 33521-1031

Subject: Freedom of Information Request

Dear Mr. Trupei:

Our office is in receipt of your 10 June 2005 letter requesting a document under the Freedom of Information Act, 5 U.S.C. § 552. In your letter you requested a copy of the Letter of Appointment for Special Agent Kevin M. Ashcroft. A search of our files has produced no documents responsive to your request.

I am forwarding your request to the Office of Civilian Human Resources, Office of Counsel, 614 Sicard Street SE, Suite 100, Washington Navy Yard DC, 20374-5072, for further consideration.

```
                                    Sincerely,

                                    [signature]
                                    Stephen T. Armstrong
                                    Labor Relations Specialist
                                    HRSCNW CODE 40
                                    3230 Randall Way NW
                                    Silverdale WA 98383
```

| | |
|---|---|
| RESPONDENT: | REQUESTER: |
| Department of the Navy<br>Human Resource Service Center, Northwest Region<br>3230 N.W. Randall Way<br>Silverdale, WA 98383-7952 | Michael Trupei pro se<br>R12743-004<br>Federal Correctional Complex<br>P.O. Box 1031<br>Coleman, Florida 33521-1031 |

Re: Request for a <u>judicially certified</u>
    or <u>notarized</u> copy of the **"Letter of
    Appointment"** pursuant to S/A NCIS
    **Kevin M. Ashcroft**

June 10, 2005

## "FOIA" REQUEST
### VERIFIED

Under the provision of Freedom of Information Act (FOIA), Title 2 U.S.C. § 552, as amended, and Privacy Act of 1974 (PA), Title 5 U.S.C. § 552a, as amended, the Requester hereby requests for a judicially certified or at least notarized copy of the following record/document be provided to him:

**(1)** The **"Letter of Appointment"** as required under the appointment clause of the Federal Constitution (Art II, § 2, cl 2) or otherwise under statutory provisions of Title 5 U.S.C. §§ 2104, 2105 or alternatively under Title 1 U.S.C. § 1, pertaining to S/A NCIS, **Kevin M. Ashcroft** which is so required and which confirms that <u>Kevin M. Ashcroft</u> met the standards of the constitutional appointment thereto.

This agency is required by law under 5 U.S.C. § 2906 to maintain this particular document on file.

The Requester expects that the Respondent answers this/his request within the statutory response provision of twenty (20) working days from the date of the receipt of this request or alternatively under 5 U.S.C. § 552(a)(6)(A)(i), as amended.

Should the Respondent fail to honor the Congressional response provison, the Requester will deem this/his Request denied and will proceed under 5 U.S.C. § 552(a)(6)(C), even though the Requester has not filed his administrative appeal, in a court of competent jurisdiction. See generally <u>Pollack v. Department of Justice</u>, 49 F.3d 115, 118-19 (4th Cir.1995)("[A] requester <u>who has not received a timely notice of the agency's decision, as required by 5 U.S.C. § 552(a)(6)(A)(i), may proceed immediately in court to enforce a FOIA request without exhausting any administrative remedies.</u>") <u>Pollack</u> at 119.

Inasmuch as this request for the "Letter of Appointment" is in the "<u>public interest</u>" in that, the public is entitled to know the functioning of its Government on a day-in-day-out basis. Therefore, the Requester requests that Respondent waives all fees, costs, and/or charges.

The Requester trusts that this suffices to his request!

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL,   Sincerely,
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT!

*/s/ Michael Trupei*
Michael Trupei <u>pro se</u>

### DECLARATION

Pursuant to 28 U.S.C. § 1746 of the United States Code I, Michael Trupei do hereby declare under penalty of perjury that the above request is to the best of my knowledge, true and correct.

Done on: June 10th, 2005       Signed: */s/ Michael Trupei*
                                        Michael Trupei  <u>pro se</u>

Michael Trupei
R12743-004
Federal Correctional Complex
P.O. Box 1031
Coleman, Florida 33521-1031

"Official-Mail"



7000 1670 0010 9658 8914



  

To: Department of the Navy
Human Resources Service Center, Nothwest Region
3230 N.W. Randall Way
Silverdale, WA 98383-7952

Pursuant to 28 U.S.C. § 1746 of the United States Code I, Michael Trupei do hereby declare under penalty of perjury that this "official mail" containing a "FOIA" request for records/documents has been deposited into a box on _____, 200_ so designated by FCC-Coleman for such mailings so as to be forwarded via U.S. Mail, first class and return receipt requested, upon above addressee.

Signed: _____
Michael Trupei



**DEPARTMENT OF THE NAVY**
OFFICE OF THE GENERAL COUNSEL
1000 NAVY PENTAGON
WASHINGTON, D. C. 20350-1000

MAY - 7 2004

CERTIFIED MAIL -- RETURN RECEIPT REQUESTED

Mr. Michael Trupei
R12743-004
Federal Correctional Complex
Low Security, C-3 Unit
PO Box 1031
Coleman, FL 33521-1031

Dear Mr. Trupei:

   This letter is the final administrative adjudication of your Freedom of Information Act (FOIA) appeal dated March 16, 2004 from an 11 March 2004 letter by the Human Resources Service Center, Northwest (HRSC, NW) advising that a search of their files "has produced no documents responsive to your request."

   On March 2, 2004, you requested a copy of two documents pertaining to Kevin M. Ashcroft, a special agent of the Naval Criminal Investigative Service (NCIS) in Mayport, Florida: the Oath of Office and an Officer Affidavit. You had previously sought these records from NCIS on September 12, 2003. NCIS informed you on November 21, 2003 that the records sought were maintained by HRSC, NW.

   Upon review, I conclude that the search for the responsive records met the standard of reasonableness as set forth in Oglesby v. Department of Army, 79 F.3d 1172,1185-7 (D.C. Cir. 1996).

   Shortly after receipt of your request, three individuals within HRSC, NW conducted a thorough search of the Official Personnel Folder for Mr. Kevin M. Ashcroft without locating the requested records. After receipt of your appeal, another search was conducted of Mr. Ashcroft's former overseas office and his current office without the requested records being found.

   Accordingly, this letter constitutes final denial of your appeal by the designated appellate authority for this matter, the Deputy General Counsel of the Department of the

Navy. Judicial review of this action may be sought as described in 5 U.S.C. § 552 (a)(4)(B)-(G).

                              Sincerely,

                              William R. Molzahn
                              Deputy General Counsel

Blind copy to:
CO, HRSC, NW