UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL TRUPEI,** *pro se* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0978 (PLF) |
| | ) |
| **U.S. DEPARTMENT OF THE NAVY**, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter having come before the Court on Defendant United States Department of the Navy's Motion For Summary Judgment, the memoranda in support and opposition, and the entire record in this case, it is this _____ day of _____ hereby

ORDERED that Defendant's Motion For Summary Judgment is hereby GRANTED; and

It is FURTHER ORDERED that Plaintiff's claims are hereby DISMISSED in their entirety, with prejudice.

_____
Paul L. Friedman
United States District Judge