UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
NOV 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael Trupei, pro se )
R12743-004 )
FCC-Coleman Medium Security )
P.O. Box 1032 )
Coleman, Florida 33521-1032 )
      Plaintiff, )
vs. ) Civil Action No.: 06-0978 (PLF)
)
U.S. DEPARTMENT of the NAVY, )
      Defendant. )

MOTION FOR ENLARGEMENT OF TIME UNDER
Fed.R.Civ.P., RULE 6, **VERIFIED**

    Plaintiff, the Michael Trupei (Plaintiff) appearing specially and not generally and hereby respectfully moves this Honorable Court (Court) for an order of an extention of time by ten (10) working days from the date of the receipt of this Motion, as the extended time is needed to complete the objections to Defendant's summary judgment motion, and in support hereof, Plaintiff states to wit:

    This Court ordered Plaintiff to respond to Defendant's summary judgment motion on or before November 20, 2006. Plaintiff is unable to do so because of his many other legal matters, and the institutional limits toward the access to the effective law-library time. For example, last week on Wednesday November 8th, 2006, for some unexplained reasons, the law-library was closed. That closure deprived Plaintiff of 8 valuable hours thereat. The next day November 9th, 2006, the institution was conducting its weekly inspection, thereby, once again, depriving Plaintiff of an additional two (2) hours of his legal input. Because of the Veterans Day on November 10th, 2006, the law-library was closed again. Thus, Plaintiff was deprived another 8 hours of his legal work. Shortly thereafter, Plaintiff submitted his cop-out (request by an inmate to staff) particularly to Ms. C. Vazquez, Supervisor of Education, requesting to allow Plaintiff to stay at the law-library one hour longer each day so as to make up for the lost time. In support thereof, Plaintiff exhibited two "orders" by this Court, showing

legitimacy for an additional need of the time at the law-library. As of yet, however, no response has been made by the able Law-Library Supervisor.

In addition to the lost time thusfar made known, on November 15, 2006, the institution conducted a shake-down at all the Units hereat, thereby another five (5) hours of the time were wasted. And just when this line is been written, Plaintiff was advised by a law-library staff that in the afternoon of November 16, 2006 the law-library will be closed again. The staff, however, has not given any reason(s) for closing it down. So much for the accountibility by the BOP staff here at Coleman Medium. It appears, that the BOP does not like inmates to be overactive with their legal matters. Nevertheless, Plaintiff requests for an additional time, consistent with the need of 06-cv-0978 (PLF) matter.

WHEREFORE, Plaintiff prays that this Court enlarges the time hereby needed so as to complete his final touches thereat, as this Court also granted such time to Defendant in this and other cause (06-cv-1162 (PLF)), makes it all the more appropriate to grant an enlargement to Plaintiff, and for such other and further relief as this Honorable Court deems just, equitable and proper.

Respectfully submitted,

/s/ Michael Trupei
Michael Trupei, pro se

## CERTIFICATE of SERVICE

I HEREBY CERTIFY, that the above Motion for an Extension of Time has been on November 12th, 200 6, forwarded via U.S. Mail, first class upon the following

Megan Lindholm Rose
United States Department of Justice
United States Attorney
District of Columbia
555 Fourth Street, N.W.,
Washington, D.C. 20001

Michael Trupei, pro se

## VERIFICATION

Pursuant to 28 U.S.C. § 1746 of the United States Code I, Michael Trupei do hereby verify, or state, under penalty of perjury that this/my motion is to the best of my knowlege, true, correct, certain, and complete.

Done on: November 17th, 200 6      By: Michael Trupei, pro se