UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN - 8 2007
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael Trupei, pro se
R12743-004
FCC-Coleman Medium Security
P.O. Box 1032
Coleman, Florida 33521-1032

       Plaintiff,

vs.

UNITED STATES DEPARTMENT of the NAVY,

       Defendant.

Case No.: 1:06-cv-978 (PLF)

MOTION for ENLARGEMENT of TIME UNDER
Fed.R.Civ.P., RULE(b)(1), **VERIFIED**

PLAINTIFF, the Michael Trupei ("Plaintiff") appearing in propria persona and hereby respectfully requests this Honorable Court ("Court") for an order granting him an extension of time by 30 working days from the receipt of this motion, to rebutt Defendant's reply dated December 14, 2006, in support of its summary judgment motion, and states as follows:

Plaintiff needs more time to object to Defendant's reply, as he also has other urgent legal matters in the making, paralleling this cause. Whereby Defendant avers that Plaintiff's Opposition does not dispute arguments in the Defendant's Motion, which in fact Plaintiff does so in every respect, and will do so furthermore in his rebuttal to the Defendant's reply.

WHEREFORE, Plaintiff prays that this Honorable Court grants him an enlargement of time, and for such other and further relief as this Honorable Court deems just, equitable, and proper.

Respectfully submitted,

Michael Trupei, pro se

CERTIFICATE of SERVICE

I, HEREBY CERTIFY that this/my motion has been forwarded on December ___, 2006 upon following:

UNITED STATES DEPARTMENT of JUSTICE
AUSA Megan Rose
333 Fourth Street, N.W.
Washington, D.C. 20001

Michael Trupei

VERIFICATION

Pursuant to 28 U.S.C. § 1746 of the United States Code I, Michael Trupei do hereby verify under penalty of perjury that this/my Motion is to the best of my knowledge true, correct, and complete.

Done on: December 25, 2006   By: Michael Trupei, prose