UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL TRUPEI, )
)
    Plaintiff, )
)
    v. ) Civil Action No. 06-0978 (PLF)
)
UNITED STATES )
DEPARTMENT OF THE NAVY, )
)
    Defendant. )

ORDER AND JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion for summary judgment [Dkt. No. 10] is GRANTED; and it is

FURTHER ORDERED that judgment is entered for the defendant. This is a final appealable order. See Rule 4(a), Fed. R. App. P.

SO ORDERED.

DATE: June 27, 2007

/s/_____
PAUL L. FRIEDMAN
United States District Judge