UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael Trupei, pro se )
R12743-004 )
Corrections Corporation of America (CCA) )
P.O. Drawer 30 )
McRae, Georgia 31055 )
 )
       Plaintiff/Appellant, )
 ) Civil Action No.: 1:06-cv-0978(PLF)
vs. )
 )
UNITED STATES DEPARTMENT of the NAVY, )
et al., )
 )
       Defendants/Appellees )

NOTICE of APPEAL
NOTARIZED

Notice is hereby given by Plaintiff/Appellant, the Michael Trupei, pro se under Fed.R.App.P., Rule 4(a), appealing to the United States Court of Appeals for this Circuit from an Order of the District Court dated June 27, 2007, pursuant to a civil action under Freedom of Information Act or otherwise in the above enumerated or captioned matter.

Respectfully submitted,

/s/ Michael Trupei
Michael Trupei, pro se

Sworn to and subscribed
before me on this 22, day of

August, 2007

_____
NOTARY PUBLIC    My Commission Expires: _____

Notary Public, Telfair County, Georgia
My Commission Expires Feb. 13, 2009