# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
OCT 1 2 2007
RECEIVED

ORIGINAL

Michael Trupei, pro se _____   USCA No. 07-5292 _____

       Appellant
       V.

Department of the Navy, _____   USDC No. 06-cv-00978 (PLF) ____

       Appellee

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Michael Trupei _____, declare that I am the ☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

    This is a Motion for Leave to proceed on a FOIA-Appeal in Forma Pauperis, appealing the District Court's (the Court) findings that the search by the Appellee's for documents, pertaining to Special Agent Kevin M. Ashcroft (Mr. Ashcroft) was adequate. The type of records Appellant seeks, are namely to wit: **(1)** "letter of appointment" under 5 U.S.C. § 2105; **(2)** "oath of office" under 5 U.S.C. § 3331; and **(3)** "appointment affiavit" under 5 U.S.C. § 3332[1] pertaining to Mr. Ashcroft. These sought information are the standard employment records, that each

(continuing on reverse...)

Signature _____

Name of *Pro Se* Litigant (PRINT)  Michael Trupei, pro se, R12743-004

Address  Corrections Corporation of America (CCA)

P.O Drawer 30, McRae, Georgia 31055

Submit original with a certificate of service to:

    Clerk
    U.S. Court of Appeals for the D.C. Circuit
    333 Constitution Avenue, N.W.
    Rm. 5423, E. Barrett Prettyman U.S. Courthouse
    Washington, DC 20001

Federal Special/Agent or otherwise employee is required to execute prior to commencement of his/her employment therewith, and thus must be kept within one of the government files for the identification purposes.

Nevertheless, however, Appellant objects to the Court's findings that the Appellee's search, in this case, was adequate. Rather than to search the entire system of files, such as "Central Record System" ("CRS") or duplicate files, which it failed to do so, it only concentrated [supposedly] on the "Official Personnel Folder" ("OPF"). That, of course, is inadequate for purposes of FOIA.

The District Court relies on Declarations of Stephen Armstrong (Armstrong's Decl.) and Robert L. Woods (Woods Decl.). The Court found, that Armstrong's Decl., "surmises that the requested records may be 'missing' because of 'many changes' the personnel office has experienced since Mr. Ashcroft's appointment on July 20, 1986, including the 'regionalization and establishment of [his office] in 1997' and its inheritance of Mr. Ashcroft's file in 2001 from a now defunct HRSC Capitol Region.'" See Memorandum Opinion at 4.

Interestingly, however, is the fact where the Court uses, in its opinion, a verb "surmises." This is a strong word, in this context, implying that the Appellee's search for the records was, at best, a guesswork. In so doing, the Court should have ordered Appellee to search its premises further, such as "Ticklers"[2] and/or similar files, which the Court did not. As such, and for all practical purposes, the Appellee's search for the requested records, under FOIA, was grossly inadequate.

If Mr. Ashcroft was/is indeed a bona fide S/A under said name, the requested records must be found in one or more of the Appellee's files! If not, then, of course, the so-called S/A Ashcroft's name is hereby being seriously questioned. And it appears that the Appellee is doing everything to shield his real identity, means that there is compelling evidence that the name S/A Ashcroft is not worthy of confidence. Without the clear verification by and through the sought records, S/A Ashcroft is clearly a fraud. And fraud vitiates everything from the beginning.

WHEREFORE, the findings by the Court that the Appellee's search was adequate, was nothing more than a summary decision, based on the Appellee's declarations that lacks the requisite degree of trustworthiness and good faith, or otherwise the Declarations are so absurd that they do not deserve an answer. For the reasons above, this Court should allow Appellant to proceed in forma pauperis in this case, and/or for such other and further relief as this Honorable Court deems just, equitable, and proper.

---

[1] Appointment affidavit and oath of office are both contained in Federal employment Form-61.

[2] Tickler is a duplicate file containing copies of documents.

Respectfully submitted,

*Michael Trupei*
Michael Trupei, pro se

Sworn to and submitted before me on this 9 , day of October , 200 7

*[signature]* My Commission Expires: _____
NOTARY PUBLIC

Notary Public, Telfair County, Georgia
My Commission Expires Feb. 13, 2009

## Affidavit Accompanying Motion for
## Permission to Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

Michael Trupei, pro se
      Appellant,

Case No. 07-5292

v.

Department of the Navy,
      Appellee.

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: *Michael Trupei*

Date: *September 18, 2007*

---

**My issues on appeal are:**

Adequacy of search for documents/records under FOIA?

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): _____ | $ N/A | $ N/A | $ N/A | $ N/A |
| Total monthly income: | $ N/A | $ N/A | $ N/A | $ N/A |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle # 1 __N/A__ (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration #. N/A |

| Motor vehicle #2 __N/A__ (Value) | Other Assets (Value) | Other Assets (Value) |
|---|---|---|
| Make & year N/A | N/A | N/A |
| Model N/A | N/A | N/A |
| Registration #: N/A | N/A | N/A |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ N/A | $ N/A |
|   Homeowner's or renter's | $ N/A | $ N/A |
|   Life | $ N/A | $ N/A |
|   Health | $ N/A | $ N/A |
|   Motor Vehicle | $ N/A | $ N/A |
|   Other: _____ | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
|   Motor Vehicle | $ N/A | $ N/A |
|   Credit card (name): _____ | $ N/A | $ N/A |
|   Department store (name): _____ | $ N/A | $ N/A |
|   Other: _____ | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): _____ | $ N/A | $ N/A |
| Total monthly expenses: | $ N/A | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes   [X] No   If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes   [x] No

If yes, how much? $ __N/A__

If yes, state the attorney's name, address, and telephone number:
N/A
N/A
N/A

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   [x] No

If yes, how much? $ __N/A__

If yes, state the person's name, address, and telephone number:
N/A
N/A
N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

13. State the address of your legal residence.
Michael Trupei
R12743-004
Corrections Corporation of Amercia
P.O. Drawer 30
McRae, Georgia 31055

Your daytime phone number: ( N/A )
Your age: __66__   Your years of schooling: __14__
Your social-security number: 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