UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF THE NAVY, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-978 (PLF) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch and remove the appearance of Assistant United States Attorney Megan Lindholm Rose as counsel for Defendant in the above-captioned case.

        /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

## Certificate of Service

I hereby certify that I caused a copy of the foregoing Notice of Substitution of Counsel to be served upon *pro se* Plaintiff by first class mail addressed to:

   Michael Trupei
   R12743-004
   Corrections Corporation of America (CCA)
   P.O. Drawer 30
   McRae, GA 31055

on this 7th day of November 2007.

                                              /s/
                                       ALAN BURCH, D.C. Bar # 470655
                                       Assistant United States Attorney
                                       555 4th St., N.W.
                                       Washington, D.C. 20530
                                       (202) 514-7204
                                       alan.burch@usdoj.gov