APPEAL, CLOSED, PAW

# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
### CIVIL DOCKET FOR CASE #: 0:07-cv-60216-MGC

| | |
|---|---|
| Trupei v. United States et al | Date Filed: 02/20/2007 |
| Assigned to: Judge Marcia G. Cooke | Jury Demand: None |
| Referred to: Magistrate Judge Patrick A. White | Nature of Suit: 550 Prisoner: Civil Rights |
| Demand: $100,000,000,000 | |
| Cause: 42:1983 State Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Michael Trupei**     represented by **Michael Trupei**
12743-004
CI McRae Correctional Institution
P. O. Drawer 30
McRae, GA 31055
ppp
PRO SE

V.

**Defendant**

**United States of America**

**Defendant**

**United States Department of Justice**

**Defendant**

**Drug Enforcement Administration**

**Defendant**

**United States Parole Commission**

**Defendant**

**City of Fort Lauderdale Police Department**

**Defendant**

**Dexter W. Lehtinen**

**Defendant**

**Robert J. Lehner**

**Defendant**

**James M Lord**

**Defendant**

**Mark J Bumar**

**Defendant**

**Alfred J Scotti**

**Defendant**

**Cherry L McBrayer**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2007 | 1 | Case Transferred in - District Transfer from Columbia, Case # 07-CV-0073-UNA against James M Lord, Mark J Bumar, Alfred J Scotti, Cherry L McBrayer, United States of America, United States Department of Justice, Drug Enforcement Administration, United States Parole Commission, City of Fort Lauderdale Police Department, Dexter W. Lehtinen, Robert J. Lehner ,Motion in forma pauperis filed by Michael Trupei.(jc) Modified text (wrong event was selected) on 3/1/2007 (jc). (Entered: 02/21/2007) |
| 02/20/2007 | 2 | CLERK'S NOTICE OF MAGISTRATE JUDGE ASSIGNMENT (jc) (Entered: 02/21/2007) |
| 03/15/2007 | 3 | ORDER REQUIRING PAYMENT OF FILING FEE BY INSTALLMENT. Signed by Magistrate Judge Patrick A. White on 03/15/07.(tw) (Entered: 03/15/2007) |
| 04/04/2007 | | Notice of Undeliverable Mail re3 Order Requiring Payment of Fee by Installment US Mail returned for: Return to sender, not at this address, need updated address information for Michael Trupei. (ww) (Entered: 04/04/2007) |
| 04/12/2007 | 4 | ORDER REQUIRING PAYMENT OF FILING FEE BY INSTALLMENT. This second order on ifp motion requiring payment of filing fee by installment is being entered because the plaintff did not receive a copy of the first order. The plaintiff has been relocated to another institution but failed to file a notice of change of address with this Court. On or before May 3, 2007, the plaintiff shall pay the sum of $4.30 to the Clerk. Signed by Magistrate Judge Patrick A. White on 04/09/07.(tw) Modified text on 4/13/2007 (dg). (Entered: 04/12/2007) |
| 04/12/2007 | 5 | ORDER OF INSTRUCTIONS TO PRO SE LITIGANT.Signed by Magistrate Judge Patrick A. White on 04/09/07.(tw) (Entered: 04/12/2007) |
| 04/20/2007 | 6 | THIRD ORDER REQUIRING PAYMENT OF FILING FEE BY INSTALLMENT.Plaintiff shal pay the sum $4.30 due by 5/10/2007.Signed by Magistrate Judge Patrick A. White on 04/19/07.(tw) (Entered: 04/20/2007) |
| 06/01/2007 | 7 | Filing fee: For partial filing fee payment $ 7.88, receipt number 960581 |

| | | |
|---|---|---|
| | | (tb) (Entered: 06/04/2007) |
| 06/06/2007 | 8 | Partial Filing Fee: For filing fee $ 4.30, receipt number 958162 (tb) (Entered: 06/06/2007) |
| 06/18/2007 | 9 | REPORT OF MAGISTRATE JUDGE dismissing pursuant to 28 U.S.C. 1915(e)(2)(B)(ii), for failure to state aclaim upon which relief may be granted; and the case be closed re 1 Complaint, filed by Michael Trupei. Objections to R&R due by 7/2/2007.Signed by Magistrate Judge Patrick A. White on 06/14/07.(tw) (Entered: 06/18/2007) |
| 07/09/2007 | 10 | OBJECTION to 9 Report and Recommendations by Michael Trupei. (lk) (Entered: 07/10/2007) |
| 07/11/2007 | 11 | ORDER ADOPTING REPORT AND RECOMMENDATIONS and closing case.Signed by Judge Marcia G. Cooke on 7/11/07.(tm) (Entered: 07/11/2007) |
| 07/26/2007 | 12 | MOTION for Reconsideration re 11 Order Adopting Report and Recommendations by Michael Trupei. (tb) (Entered: 07/27/2007) |
| 10/05/2007 | 13 | ORDER denying 12 Motion for Reconsideration Signed by Judge Marcia G. Cooke on 10/5/07. (tm) (Entered: 10/05/2007) |
| 11/01/2007 | 14 | NOTICE OF APPEAL by Michael Trupei as to 13 Order on Motion for Reconsideration. Filing Fee: (FEE NOT PAID) (abd) (Entered: 11/02/2007) |
| 11/02/2007 | | Transmission of Notice of Appeal, Docket Sheet and Order under appeal to US Court of Appeals re 14 Notice of Appeal (abd) (Entered: 11/02/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/07/2007 13:31:34 | | | |
| **PACER Login:** | ux0412 | **Client Code:** | doj |
| **Description:** | Docket Report | **Search Criteria:** | 0:07-cv-60216-MGC |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |