CLOSED, TYPE-I

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:01-cv-00301-JR

TRUPEI v. DOJ, et al
Assigned to: Judge James Robertson
Demand: $0
Cause: 05:552 Freedom of Information Act

Date Filed: 02/07/2001
Date Terminated: 01/31/2002
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**MICHAEL TRUPEI**                    represented by    **MICHAEL TRUPEI**
                                                        R12743-004
                                                        MCRAE
                                                        Medium Facility
                                                        CORRECTIONAL INSTITUTION
                                                        Inmate Mail/Parcels
                                                        ROUTE 1, BOX 6AA
                                                        MCRAE, GA 31055
                                                        PRO SE

V.

**Defendant**

**U.S. DEPARTMENT OF JUSTICE**        represented by    **David J. Ball, Jr.**
                                                        WEIL, GOTSHAL & MANGES, LLP
                                                        767 Fifth Avenue
                                                        New York, NY 10153
                                                        (212) 310-8007
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**EXECUTIVE OFFICE FOR THE**          represented by    **David J. Ball, Jr.**
**UNITED STATES ATTORNEYS**                             (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES JUSTICE**             represented by    **David J. Ball, Jr.**
**DEPARTMENT OFFICE OF**                                (See above for address)
**INFORMATION AND PRIVACY**                             *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2001 | 17 | MEMORANDUM OPINION by Judge James Robertson (N) (lin) (Entered: 01/31/2002) |
| 02/07/2001 | 1 | COMPLAINT filed by plaintiff MICHAEL TRUPEI; attachments (13). (jeb) (Entered: 02/22/2001) |
| 02/07/2001 | | SUMMONS (5) issued to federal party(s) federal defendant DOJ, federal defendant EXEC. OFFICE/US ATTY, defendant DOJ INFOR/PRIVACY , and non-parties: U.S. Attorney and U.S. Attorney General. (jeb) (Entered: 02/22/2001) |
| 02/07/2001 | 2 | MOTION filed by plaintiff MICHAEL TRUPEI to proceed in forma pauperis (jeb) (Entered: 02/22/2001) |
| 02/07/2001 | 3 | TRUST FUND ACCOUNT filed by plaintiff MICHAEL TRUPEI pursuant to order 02/07/01. (jeb) (Entered: 02/22/2001) |
| 02/07/2001 | 4 | ORDER by Judge Henry H. Kennedy : granting motion to proceed in forma pauperis [2-1] by MICHAEL TRUPEI directing that monthly payments be made from the prisoner account of MICHAEL TRUPEI . (N) (jeb) (Entered: 02/22/2001) |
| 03/16/2001 | 5 | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed on 3/7/01 upon federal defendant EXEC. OFFICE/US ATTY (bjsp) (Entered: 03/19/2001) |
| 03/16/2001 | 6 | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed on 3/12/01 upon federal defendant DOJ (bjsp) (Entered: 03/19/2001) |
| 03/16/2001 | 7 | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed upon U.S. Attorney General on 3/12/00 (bjsp) (Entered: 03/19/2001) |
| 03/16/2001 | 8 | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed on 3/15/01 upon defendant DOJ INFOR/PRIVACY (bjsp) (Entered: 03/19/2001) |
| 03/16/2001 | 9 | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed upon U.S. Attorney on 3/14/01 (bjsp) (Entered: 03/19/2001) |
| 04/13/2001 | 11 | MOTION filed by federal defendant DOJ, federal defendant EXEC. OFFICE/US ATTY, federal defendant DOJ INFOR/PRIVACY to extend time to 7/13/01 to answer complaint [1-1] ; exhibit (5) (cas) (Entered: 04/18/2001) |
| 04/18/2001 | 10 | ORDER by Judge James Robertson: granting defts.' motion to extend time to 7/13/01 to answer complaint [1-1]. (N) (mlp) (Entered: 04/18/2001) |
| 07/13/2001 | 12 | MOTION filed by federal defendant DOJ, federal defendant EXEC. |

| | | |
|---|---|---|
| | | OFFICE/US ATTY, federal defendant DOJ INFOR/PRIVACY to substitute the department of Justice as the only defendant and to dismiss ; attachment's (cas) (Entered: 07/17/2001) |
| 07/30/2001 | 13 | ORDER by Judge James Robertson: directing pltf. to file response to dispositive motions by 8/20/01; if pltf. fails to respond by that date, the Court may treat the motion as conceded and enter judgment in favor of the defts. (N) (mlp) (Entered: 07/30/2001) |
| 08/24/2001 | 15 | RESPONSE by plaintiff MICHAEL TRUPEI in opposition to motion to dismiss and request for production of the remaining witheld records/documents; EHIBIT'S (2) (cas) (Entered: 09/04/2001) |
| 08/27/2001 | 14 | REPLY by federal defendant DOJ, federal defendant EXEC. OFFICE/US ATTY, federal defendant DOJ INFOR/PRIVACY in support of motion to substitute the department of Justice as the only defendant and to dismiss ; attachment's [12-1] by DOJ INFOR/PRIVACY, EXEC. OFFICE/US ; attachments/exhibit's ATTY, DOJ (cas) (Entered: 08/28/2001) |
| 01/30/2002 | 16 | FINAL JUDGMENT/ORDER by Judge James Robertson : granting motion to substitute the department of Justice as the only defendant and to dismiss ; attachment's [12-1] by DOJ INFOR/PRIVACY, EXEC. OFFICE/US ATTY, DOJ dismissing (N) (lin) (Entered: 01/31/2002) |
| 04/08/2002 | 18 | APPLICATION by plaintiff MICHAEL TRUPEI for leave to appeal in forma pauperis (mlp) (Entered: 04/08/2002) |
| 04/08/2002 | | ORDER by Judge James Robertson granting motion for leave to appeal in forma pauperis [18-1] by MICHAEL TRUPEI (fiat) (N) (mlp) (Entered: 04/08/2002) |
| 12/28/2006 | 19 | TRANSCRIPT of A Hearing held on 11/08/06 before Judge Emmet G. Sullivan. Court Reporter: Elaine A. Merchant. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m, Monday through Friday. (jf, ) (Entered: 12/29/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/07/2007 13:34:10 | | | |
| **PACER Login:** | ux0412 | **Client Code:** | doj |
| **Description:** | Docket Report | **Search Criteria:** | 1:01-cv-00301-JR |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |