CLOSED

# U.S. District Court
## Middle District of Florida (Ocala)
### CIVIL DOCKET FOR CASE #: 5:03-cv-00100-WTH-GRJ

Trupei v. United States of America  
Assigned to: Senior Judge Wm. Terrell Hodges  
Referred to: Magistrate Judge Gary R. Jones  
Demand: $250,000,000  
Case in other court: 06-15005-B  
Cause: 28:2671 Federal Tort Claims Act  

Date Filed: 03/21/2003  
Date Terminated: 09/28/2005  
Jury Demand: Plaintiff  
Nature of Suit: 555 Prisoner Civil Rights (Prison Condition)  
Jurisdiction: U.S. Government Defendant  

**Plaintiff**

**Michael Trupei**   represented by   **Michael Trupei**  
#R12743004  
FCC Coleman - Medium  
P.O. Box 1032  
Coleman, FL 33521-1032  
PRO SE  

V.

**Defendant**

**United States Department of Justice**  
*TERMINATED: 01/06/2004*

**Defendant**

**Department of Health and Human Services**  
*TERMINATED: 01/06/2004*

**Defendant**

**United States of America**   represented by   **Roberto H. Rodriguez, Jr.**  
US Attorney's Office - FLM  
Suite 700  
300 N Hogan St  
Jacksonville, FL 32202  
904/301-6300  
Fax: 904/301-6310  
Email: roberto.rodriguez3@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Ralph J. Lee**  
U.S. Attorney's Office  
Middle District of Florida

300 N. Hogan Street, Suite 700
Jacksonville, FL 32202
904/301-6324
Fax: 904/301-6363
Email: Dee.Jackson@usdoj.gov
*TERMINATED: 01/17/2006*

**Ronnie S. Carter**
US Attorney's Office - FLM*
Suite 700
300 N Hogan St
Jacksonville, FL 32202
904/301-6300
Fax: 904/301-6363
Email: ronnie.carter@usdoj.gov
*TERMINATED: 07/19/2006*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2003 | 1 | COMPLAINT for Federal Tort Claim filed; jury demand (one service copy provided ) (mam) Modified on 03/25/2003 (Entered: 03/25/2003) |
| 03/21/2003 | 2 | MOTION by Michael Trupei to proceed in forma pauperis referred to Magistrate Judge Gary R. Jones (mam) (Entered: 03/25/2003) |
| 03/21/2003 | 3 | APPLICATION by Michael Trupei to proceed in forma pauperis referred to Magistrate Judge Gary R. Jones (mam) (Entered: 03/25/2003) |
| 03/21/2003 | | MAGISTRATE JUDGE CASE ASSIGNMENT Magistrate assigned: Gary R. Jones (mam) (Entered: 03/25/2003) |
| 03/25/2003 | | NOTICE to prisoner of filing of case. Sent by deputy clerk. (mam) (Entered: 03/25/2003) |
| 03/25/2003 | 4 | NOTICE of designation under Local Rule 3.05 - TRACK 1. (ctc) (mam) (Entered: 03/25/2003) |
| 04/11/2003 | 5 | ORDER directing Plaintiff to complete and file with the Court the form provided with this order within 20 days from this date with a certified copy of his prison account statement containing transactions for the period from 10/02 through 3/03, setting proof of indigency due 5/1/03 for Michael Trupei. (Signed by Magistrate Judge Gary R. Jones) ctc (form provided) (ail) (Entered: 04/15/2003) |
| 04/28/2003 | 6 | Prisoner Consent Form and Financial Certificate; PROOF of financial status by Michael Trupei. (ail) (Entered: 04/28/2003) |
| 04/28/2003 | 7 | AFFIDAVIT of indigency filed by plaintiff Michael Trupei. (ail) Modified on 04/28/2003 (Entered: 04/28/2003) |
| 05/01/2003 | 8 | ORDER granting [3-1] motion to proceed in forma pauperis, to the extent that the case may proceed without the prepayment of the entire filing. |

| | | |
|---|---|---|
| | | Plaintiff has 30 days to pay the initial partial filing fee, however, he is assessed to the total $150.00 filing fee. Setting initial partial filing fee payment due 5/31/03 in amount of $0.56. The Clerk is directed to send a copy of this order to Shep Olliff by certified mail. (Signed by Magistrate Judge Gary R. Jones) ctc (ail) (Entered: 05/01/2003) |
| 06/16/2003 | 9 | NOTICE by Michael Trupei of change of address for pro se party. (ail) (Entered: 06/16/2003) |
| 06/19/2003 | 10 | ORDER TO SHOW cause why Plaintiff has not pay the initial partial fee: Response due on 7/4/03 for Michael Trupei. (Signed by Magistrate Judge Gary R. Jones) ctc (ail) (Entered: 06/20/2003) |
| 07/03/2003 | 11 | RESPONSE to show cause order filed by plaintiff Michael Trupei. (ail) (Entered: 07/07/2003) |
| 08/08/2003 | | FEES paid in the amount of $.56; Receipt # C-2379. Balance due $149.44. (ail) (Entered: 08/08/2003) |
| 09/22/2003 | 12 | ORDER directing Plaintiff to provide 2 additional copies of his civil rights complaint for service of process within 20 days from the date of this order. (Signed by Magistrate Judge Gary R. Jones) ctc (ail) (Entered: 09/23/2003) |
| 10/07/2003 | | Received 2 service copies of Plaintiff's complaint for service of process, per order # 12. (lmf) (Entered: 10/08/2003) |
| 11/07/2003 | | FEES paid in the amount of $18.70. Receipt #C-2571. Balance due $130.74. (ail) (Entered: 11/10/2003) |
| 12/05/2003 | 13 | ORDER directing Plaintiff to file an amended complaint within 20 days from the date of this Order. Setting amended complaint deadline at 12/25/03 for Michael Trupei. (Signed by Magistrate Judge Gary R. Jones) ctc (ail) (Entered: 12/08/2003) |
| 01/06/2004 | 14 | FIRST AMENDED COMPLAINT by Michael Trupei amending [1-1] complaint, adding U.S.A. and terminating defendant U.S. Dept of Justice, and defendant Dept. of Health; jury demand. (1 service copy received) (ail) (Entered: 01/06/2004) |
| 03/01/2004 | | FEES paid in the amount of $1.91. Receipt #C-2835. Balance due $128.83. (ail) (Entered: 03/01/2004) |
| 03/08/2004 | | FEES paid in the amount of $ 1.05. Receipt # C-2860. Balance due $ 127.78. (ail) (Entered: 03/09/2004) |
| 03/16/2004 | 15 | ORDER directing Plaintiff to submit one additional copy of his first amended complaint for service of process within 20 days from the date of this order. (Signed by Magistrate Judge Gary R. Jones) ctc (ail) (Entered: 03/17/2004) |
| 03/29/2004 | 16 | MOTION by Michael Trupei for a Court Order directing Federal Bureau of Prisons to provide to Plaintiff photostatic copies while the copier at the institutional law library is being fixed , referred to Magistrate Judge Gary |

| | | |
|---|---|---|
| | | R. Jones. (ail) (Entered: 03/30/2004) |
| 04/01/2004 | | One additional copy of first amended complaint per Court's Order. (ail) (Entered: 04/01/2004) |
| 04/01/2004 | 17 | ORDER denying [16-1] motion for a Court Order directing Federal Bureau of Prisons to provide to Plaintiff photostatic copies while the copier at the institutional law library is being fixed. Plaintiff has 20 days to file the service copy of the complaint, due by 4/2/5/04. (Signed by Magistrate Judge Gary R. Jones) ctc (ail) (Entered: 04/02/2004) |
| 04/14/2004 | | One additional copy of First Amended Complaint per Court's Order. (ail) (Entered: 04/14/2004) |
| 04/15/2004 | 18 | ORDER to answer. (Answer due 6/14/04 for U.S.A.) (Signed by Magistrate Judge Gary R. Jones) ctc (ail) (Entered: 04/16/2004) |
| 05/10/2004 | 19 | MOTION by Michael Trupei to compel discovery under Fed.R.Civ.P., Rule 26, et seq. , referred to Magistrate Judge Gary R. Jones. (ail) (Entered: 05/11/2004) |
| 05/10/2004 | 20 | MOTION by Michael Trupei with memorandum in support to appoint an expert witness at the Government's expense under 28 U.S.C. 1915(a), 1920(3), and Fed.R.Evid., Rule 706(a) , referred to Magistrate Judge Gary R. Jones. (ail) (Entered: 05/11/2004) |
| 06/01/2004 | 21 | ORDER denying as premature [19-1] motion to compel discovery under Fed.R.Civ.P., Rule 26, et seq., and [20-1] motion to appoint an expert witness at the Government's expense under 28 U.S.C. 1915(a), 1920(3), and Fed.R.Evid., Rule 706(a). (Signed by Magistrate Judge Gary R. Jones) ctc (ail) (Entered: 06/02/2004) |
| 06/18/2004 | 22 | MOTION by U.S.A. with memorandum in support to dismiss this claim , or, in the alternative, for summary judgment. (ail) (Entered: 06/18/2004) |
| 06/18/2004 | 23 | SUMMARY JUDGMENT NOTICE: response to motion set to 7/8/04 for [22-2] motion for summary judgment. (Signed by Deputy Clerk) ctc (ail) (Entered: 06/18/2004) |
| 07/12/2004 | 24 | (OBJECTION) RESPONSE to motion re 22 Motion to dismiss, or in the alternative, Motion for summary judgment filed by Michael Trupei. (AIQ) (Entered: 07/13/2004) |
| 03/07/2005 | 25 | FEES paid by Michael Trupei (Filing fee $23.60, receipt number C-3783). Balance due $104.18. (AIQ) (Entered: 03/08/2005) |
| 07/11/2005 | | FEES paid by Michael Trupei (Filing fee $1.42, receipt number C-4109). Balance due $102.76. (AIQ) (Entered: 07/12/2005) |
| 09/12/2005 | | FEES paid by Michael Trupei (Filing fee $8.00, receipt number C-4261). Balance due $94.76. (AIQ) (Entered: 09/13/2005) |
| 09/27/2005 | 26 | ORDER granting 22 motion to dismiss. Signed by Judge Wm. Terrell Hodges on 9/27/2005. (LAA) (Entered: 09/27/2005) |
| | | |

| | | |
|---|---|---|
| 09/28/2005 | 27 | JUDGMENT dismissing with prejudice this case. Civil appeals checklist mailed. (Signed by Deputy Clerk) (AIQ) Modified on 9/28/2005 (AIQ). (Entered: 09/28/2005) |
| 10/13/2005 | 28 | MOTION for reconsideration under Fed.R.Civ.P., Rule 59(e) and 60(b), re 27 Judgment - prisoner, and 26 Order on motion to dismiss, and Order on motion for summary judgment by Michael Trupei. (AIQ) (Entered: 10/14/2005) |
| 10/21/2005 | 29 | RESPONSE in opposition re 28 MOTION for reconsideration re 27 Judgment - prisoner, 26 Order on motion to dismiss, Order on motion for summary judgment filed by United States of America. (Lee, Ralph) (Entered: 10/21/2005) |
| 10/25/2005 | 30 | ORDER TO SHOW CAUSE within 10 days why Plaintiff's motion for reconsideration should not be granted. Signed by Judge Gary R. Jones on 10/20/2005. (LAA) (Entered: 10/25/2005) |
| 10/25/2005 | 31 | RESPONSE TO ORDER TO SHOW CAUSE re 30 filed by United States of America. (Lee, Ralph) (Entered: 10/25/2005) |
| 01/17/2006 | 32 | NOTICE of Appearance by Ronnie S. Carter on behalf of United States of America (Carter, Ronnie) (Entered: 01/17/2006) |
| 01/18/2006 | 33 | Notice of substitution of AUSA. Ronnie S. Carter substituting for Ralph J. Lee. (Carter, Ronnie) (Entered: 01/18/2006) |
| 04/06/2006 | 34 | ORDER directing Defendant to supplement its response to address Plaintiff's claim to the Department of Health. Defendant shall file a supplemental response on or before May 8, 2006. Signed by Judge Gary R. Jones on 4/5/2006. (JMJ) (Entered: 04/06/2006) |
| 05/08/2006 | 35 | RESPONSE re 34 Order, 28 MOTION for reconsideration re 27 Judgment - prisoner, 26 Order on motion to dismiss, Order on motion for summary judgment *to Order Dated April 6, 2006 and Memorandum in Opposition to Plaintiff's Motion for Reconsideration Pursuant to Rules 59(e) and 60(b)* filed by United States of America. (Attachments: # 1 Exhibit 1, Sentry Print-out# 2 Exhibit 2a, Dental Treatment Records# 3 Exhibit 2(b) & 2(c), Medical Treatment Refusal & Consult Requests & Treatment PRovided by Consultant in Feb. 2000 & Oct. 2000# 4 Exhibit 3 & 4, Inmate Request to Staff Member & Cert. by Caixa Santos)(Carter, Ronnie) (Entered: 05/08/2006) |
| 05/22/2006 | 36 | MOTION for Extension of Time to File supplement to Plaintiff's motion for reconsideration, pursuant to Defendant's response of 5/8/06, rebutting Plaintiff's motion by Michael Trupei. (AIQ) (Entered: 05/22/2006) |
| 05/25/2006 | 37 | ORDER granting 36 Motion for Extension of Time to File. Plaintiff shall file and serve his reply on or before June 12, 2006. Signed by Judge Gary R. Jones on 5/24/2006. (JMJ) (Entered: 05/25/2006) |
| 06/15/2006 | 38 | REPLY to response to motion re 28 MOTION for reconsideration re 27 Judgment - prisoner, and 26 Order on motion to dismiss, Order on motion for summary judgment filed by Michael Trupei. (Titled: Supplement to |

| | | |
|---|---|---|
| | | the Motion for Reconsideration, filed on 10/7/05) (AIQ) Modified on 6/16/2006 (AIQ). (Entered: 06/15/2006) |
| 07/18/2006 | 39 | Notice of substitution of AUSA. Roberto H. Rodriguez, Jr substituting for Ronnie S. Carter. (Rodriguez, Roberto) (Entered: 07/18/2006) |
| 08/10/2006 | | FEES paid by Michael Trupei (Filing fee $.08 receipt number C-5051) Balance due $94.68. (AIQ) (Entered: 08/10/2006) |
| 08/16/2006 | 40 | ORDER denying 28 Motion for reconsideration. Signed by Judge Wm. Terrell Hodges on 8/15/2006. (JMJ) (Entered: 08/16/2006) |
| 08/16/2006 | 41 | ORDER re 28 MOTION for reconsideration is DENIED. Refiled with Signature. Signed by Judge Wm. Terrell Hodges on 8/15/2006. (JMJ) (Entered: 08/16/2006) |
| 08/28/2006 | | Mail returned as Undeliverable re: 41 Order. Mail resent to Michael Trupei. (AIQ) (Entered: 08/28/2006) |
| 09/13/2006 | 42 | NOTICE OF APPEAL as to 41 Order denying Motion for reconsideration by Michael Trupei. Filing fee not paid. (AIQ) (Entered: 09/13/2006) |
| 09/13/2006 | 43 | MOTION and Application for Leave to Appeal in forma pauperis by Michael Trupei. (AIQ) (Entered: 09/13/2006) |
| 09/14/2006 | | TRANSMITTAL of initial appeal package to USCA consisting of certified copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 42 Notice of appeal. (Copies mailed to Unrepresented parties: Michael Trupei.) (AIQ) (Entered: 09/14/2006) |
| 09/19/2006 | 44 | ORDER ruling deferred 43 Motion for Leave to Appeal in forma pauperis. The Clerk is directed to send Plaintiff a blank Affidavit of Indigency and a blank Prisoner Consent Form and Financial Certificate. Signed by Judge Gary R. Jones on 9/19/2006. (JMJ) (Entered: 09/19/2006) |
| 09/22/2006 | | ACKNOWLEDGMENT by USCA of receiving Notice of Appeal on 9/18/06 re 42 Notice of appeal. USCA number: 06-15005-B. (LMF) (Entered: 09/25/2006) |
| 09/25/2006 | | FEES paid by Michael Trupei (Filing fee $5.04, receipt number C-5150). Balance due $89.64. (LMF) (Entered: 09/26/2006) |
| 10/24/2006 | 45 | Prisoner consent form and financial certificate by Michael Trupei. (AIQ) (Entered: 10/24/2006) |
| 10/24/2006 | 46 | AFFIDAVIT of indigency by Michael Trupei. (AIQ) (Entered: 10/24/2006) |
| 10/26/2006 | | FEES paid by Michael Trupei (Filing fee $5.04, receipt number C-5225). Balance due $84.60. (AIQ) (Entered: 10/26/2006) |
| 11/07/2006 | 47 | ORDER granting 43 Motion for Leave to Appeal in forma pauperis. |

| | | |
|---|---|---|
| | | Signed by Judge Gary R. Jones on 11/7/2006. (JMJ) (Entered: 11/07/2006) |
| 11/08/2006 | | TRANSMITTAL to USCA forwarding certified copy of Court's Order Doc. No. 47 re 42 Notice of appeal. USCA number: 06-15005-B. Copies mailed to Unrepresented Parties: Michael Trupei. (AIQ) (Entered: 11/08/2006) |
| 11/13/2006 | | FEES paid by Michael Trupei (Filing fee $2.15, receipt number C-5270). Balance due $82.45. (AIQ) (Entered: 11/13/2006) |
| 12/11/2006 | | FEES paid by Michael Trupei (Filing fee $4.60 receipt number C-5337). Balance due $77.85. (AIQ) (Entered: 12/12/2006) |
| 02/16/2007 | 48 | ORDER of USCA (certified copy) as to 42 Notice of appeal filed by Michael Trupei. This appeal is dismissed for want of prosecution because the appellant failed to file the appellant's brief within the time fixed by the rule. Issued as the Mandate of this Court. USCA number: 06-15005-BB. (AIQ) (Entered: 02/20/2007) |
| 02/28/2007 | | Letter from USCA reinstating the appeal in light of FRAP 25(a)(2)(C). (AIQ) (Entered: 02/28/2007) |
| 04/04/2007 | 49 | CERTIFICATE of readiness sent to USCA re: 42 Notice of appeal. ROA consists of: volumes of pleadings: 2. USCA number: 06-15005-BB (AIQ) (Entered: 04/04/2007) |
| 04/04/2007 | | TRANSMITTAL to USCA forwarding Certificate of Readiness re 42 Notice of appeal. USCA number: 06-15005-BB. (AIQ) (Entered: 04/04/2007) |
| 04/04/2007 | | RECORD on appeal sent to USCA re 42 Notice of appeal. Transmittal includes certified copy of docket sheet, volume of pleadings: 2. USCA number 06-15005-BB (AIQ) (Entered: 04/04/2007) |
| 04/12/2007 | | ACKNOWLEDGMENT by USCA of receiving Record on Appeal and Certificate of Readiness on 4/9/07 re 42 Notice of appeal. USCA number: 06-15005-BB. (AIQ) (Entered: 04/12/2007) |
| 08/31/2007 | 50 | USCA judgment (certified copy) as to 42 Notice of appeal filed by Michael Trupei affirming the district court. Entered on docket 6/19/07. USCA number: 06-15005-BB. Issued as Mandate: 8/29/07. (AIQ) (Entered: 09/04/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/07/2007 13:41:19 | | | |
| **PACER Login:** | ux0412 | **Client Code:** | doj |
| | Docket | **Search** | 5:03-cv-00100-WTH- |

| **Description:** | Report | **Criteria:** | GRJ |
|---|---|---|---|
| **Billable Pages:** | 4 | **Cost:** | 0.32 |