

## Civil Name Search Results

**18 Total Party matches for selection TRUPEI, MICHAEL for ALL COURTS**
**Search Complete**
**Wed Nov 7 12:30:58 2007**
**Selections 1 through 18 (Page 1)**

● Download (1 pages $ 0.00)

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 1 | TRUPEI, MICHAEL | dcdce | 1:1997cv00042 | 01/08/1997 | 895 | 01/05/1998 |
| 2 | TRUPEI, MICHAEL | flmdce | 5:2006cv00048 | 02/03/2006 | 555 | 02/14/2006 |
| 3 | TRUPEI, MICHAEL | dcdce | 1:2007cv00073 | 01/12/2007 | 550 | 01/12/2007 |
| 4 | TRUPEI, MICHAEL | flmdce | 5:2003cv00100 | 03/21/2003 | 555 | 09/28/2005 |
| 5 | TRUPEI, MICHAEL | dcdce | 1:2001cv00301 | 02/07/2001 | 550 | 01/31/2002 |
| 6 | TRUPEI, MICHAEL | dcdce | 1:2002cv00333 | 02/21/2002 | 550 | 12/16/2003 |
| 7 | TRUPEI, MICHAEL | flmdce | 5:2002cv00389 | 12/27/2002 | 555 | 08/10/2004 |
| 8 | TRUPEI, MICHAEL | dcdce | 1:2007cv00475 | 03/14/2007 | 895 | |
| 9 | TRUPEI, MICHAEL | dcdce | 1:2001cv00827 | 07/18/2001 | 550 | 02/06/2002 |
| 10 | TRUPEI, MICHAEL | dcdce | 1:2006cv00978 | 05/25/2006 | 550 | 06/27/2007 |
| 11 | TRUPEI, MICHAEL | dcdce | 1:2004cv01117 | 06/30/2004 | 895 | 09/12/2005 |
| 12 | TRUPEI, MICHAEL | dcdce | 1:2006cv01162 | 06/26/2006 | 550 | 04/27/2007 |
| 13 | TRUPEI, MICHAEL | dcdce | 1:2004cv01481 | 08/31/2004 | 895 | 09/27/2005 |
| 14 | TRUPEI, MICHAEL | dcdce | 1:1996cv02372 | 10/15/1996 | 895 | 12/30/1996 |
| 15 | TRUPEI, MICHAEL | dcdce | 1:1996cv02850 | 12/24/1996 | 895 | 01/07/1998 |
| 16 | TRUPEI, MICHAEL | flsdce | 0:1997cv06520 | 04/29/1997 | 510 | 11/20/2002 |
| 17 | TRUPEI, MICHAEL | flsdce | 0:1995cv07027 | 11/03/1995 | 895 | 12/07/1998 |
| 18 | TRUPEI, MICHAEL | flsdce | 0:2007cv60216 | 02/20/2007 | 550 | 07/11/2007 |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/07/2007 12:30:58 | | |
| **PACER Login:** | ux0412 | **Client Code:** | doj |
| **Description:** | Civil srch pg 1 | **Search Criteria:** | TRUPEI, MICHAEL |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**U.S. Party/Case Index - Home**
**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal

**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

**?** Help