UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL TRUPEI,

        Plaintiff,

v.                                        Case No. 5:02-cv-389-Oc-10GRJ

UNITED STATES OF AMERICA,

        Defendant.

### ORDER

This cause is before the Court on Plaintiff's Notice of Appeal (Doc. 39) and Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. 40). Upon due consideration, the Court finds that this appeal is not taken in good faith under Rule 24(a) of the Federal Rules of Appellate Procedure. Thus, Plaintiff is not entitled to appeal as a pauper and his motion for leave to proceed *in forma pauperis* is **DENIED**. Plaintiff shall pay the $255.00 appellate filing and docketing fees as required by the Prison Litigation Reform Act. See 28 U.S.C. 1915.

In addition, Plaintiff's Motion to Stay the Notice of Appeal (Doc. 37) pending the outcome of his Motion for Reconsideration is **DENIED as moot**. Plaintiff's Motion for Reconsideration was denied on September 23, 2004.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 6th day of October 2004.

UNITED STATES DISTRICT JUDGE

c: Michael Trupei
   Counsel of Record
   USCA