UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0978 (PLF) |
| | ) |
| UNITED STATES | ) |
| DEPARTMENT OF THE NAVY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

In opposition to plaintiff's motion to proceed <u>in forma pauperis</u> on appeal, defendant suggests that plaintiff is barred by the three-strike provision of the Prison Litigation Reform Act, which precludes a prisoner from proceeding <u>in forma pauperis</u> if he

> has, on 3 or more prior occasions, while incarcerated . . . brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Defendant has attached docket sheets of prior cases that "appear[] to constitute 'strikes' under the so-called '3-strikes' provision in Section 1915(g)." Def.'s Opp. at 1. Only one, however, shows a dismissal based on an enumerated ground, namely, failure to state a claim upon which relief may be granted. <u>See</u> Def.'s Ex. 1 at Dkt. No. 9.

Defendant has not satisfied its "burden of producing evidence showing the grounds for past dismissals," <u>Thompson v. Drug Enforcement Admin.</u>, 492 F.3d 428, 440 (D.C. Cir. 2007), and the Court declines defendant's invitation to exercise its discretion and deny

plaintiff's motion based on his litigious history.  Having considered plaintiff's motion, the Court finds him to be indigent.  Accordingly, it is

ORDERED that plaintiff's motion to proceed on appeal in forma pauperis [Dkt. No. 21] is GRANTED.  The Clerk shall transmit this Order forthwith to the United States Court of Appeals for the District of Columbia Circuit.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: November 8, 2007         United States District Judge