# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 07-5292** | **September Term, 2007** |
| | 06cv00978 |

**Filed On:**

Michael Trupei,
      Appellant

v.

Department of Navy,
      Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAR 1 4 2008

**CLERK**

**BEFORE:**   Ginsburg, Randolph, and Garland, Circuit Judges

## O R D E R

Upon consideration of the trust account report, and the consent to collection of fees, it is

**ORDERED** that pursuant to appellant's consent to collection of fees, appellant's custodian is directed to pay on appellant's behalf the initial partial filing fee of $13.38, to be withheld from appellant's trust fund account. See 28 U.S.C. § 1915(b)(1). The payment must be by check or money order made payable to Clerk, U.S. District Court for the District of Columbia.

Appellant's custodian also is directed to collect and pay from appellant's trust account monthly installments of 20 per cent of the previous month's income credited to appellant's account, until the full $455 docketing fee has been paid. See 28 U.S.C. § 1915(b)(2). Such payments must be made each month the amount in the account exceeds $10 and must be designated as made in payment of the filing fee for Case No. 07-5292, an appeal from Civil Action No. 06-cv-978. A copy of this order must accompany each remittance. In the event appellant is transferred to another institution, the balance due must be collected and paid to the Clerk by the custodian at appellant's next institution. Appellant's custodian must notify the Clerk, U.S. District Court for the District of Columbia, in the event appellant is released from custody.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5292**                                    **September Term, 2007**

 

       The Clerk is directed to send a copy of this order to appellant, by whatever means necessary to ensure receipt, and to the Clerk, U.S. District Court for the District of Columbia.  The Clerk is further directed to send to appellant's custodian a copy of this order and appellant's consent to collection of fees.

**Per Curiam**

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                         By: _/s/ Elizabeth Scott_
                                      Deputy Clerk/LD