United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**USCA NO. 07-5292**

OCT 1 2 2007

RECEIVED

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Michael Trupei, #Fed. Reg. 12743-004, hereby consent to have the appropriate prison officials withhold from my prison account and pay to the U.S. District Court for the District of Columbia an initial payment of 20% of the greater of:

(a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent to have the appropriate prison officials collect from my account on a continuing basis each month, an amount equal to 20% of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. District Court for the District of Columbia, until such time as the $455.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

_____
SIGNATURE OF PRISONER

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    OCT 1 2 2007

CLERK

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]